IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JODY MOREHOUSE,** | Case No. 2:24-cv-02103-TLN-SCR-P |
| Petitioner, | |
| **v.** | **ORDER** |
| **GENA JONES,** | |
| Respondent. | |

Currently pending before the court are motions for an extension of time filed by both petitioner and respondent.  ECF Nos. 21-22.  For good cause shown, the court will grant both motions and reset the pending deadlines.  Respondent shall have an additional 30 days, up to and including **February 7, 2025**, to file an opposition to petitioner's motion to stay.  Petitioner may file a reply to the opposition on or before **February 24, 2025**.  Additionally, petitioner is granted until **March 17, 2025** to file a traverse to respondent's answer.

Dated:  January 13, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1